UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ALEXANDER   #136531,

       Plaintiff,     Case No.  05-73073

v.     District Judge Gerald E. Rosen
       Magistrate Judge R. Steven Whalen

ANDREW JACKSON, et al.,

       Defendants.
_____/

### ORDER GRANTING MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY

Defendants have filed a Motion for Protective Order Staying Discovery [Docket #13]. The Court has filed a Report and Recommendation that the Complaint be dismissed in its entirety, without prejudice, because of the Plaintiff's failure to fully exhaust administrative remedies as required by 42 U.S.C. §1997e(a).  If that recommendation is accepted by the District Judge, the case will be dismissed, and there will be no necessity for discovery. Therefore, it is appropriate at this time to grant the Defendants' Motion.  Accordingly,

IT IS ORDERED, that Defendants' Motion for Protective Order [Docket #13] is GRANTED, and all discovery is STAYED pending final resolution of Defendants' Motion to Dismiss by the District Court.

                S/R. Steven Whalen
                R. STEVEN WHALEN
                UNITED STATES MAGISTRATE JUDGE

Dated: July 12, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 12, 2006.

                S/G. Wilson
                Judicial Assistant