UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ALEXANDER,

               Plaintiff,                              No. 06-CV-13537-DT

vs.                                                           Hon. Gerald E. Rosen

CLARENCE POWELL, et al.,

               Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

               At a session of said Court, held in the
               U.S. Courthouse, Detroit, Michigan
               on     February 27, 2008

               PRESENT:  Honorable Gerald E. Rosen
                              United States District Judge

      This Section 1983 prisoner civil rights matter having come before the Court on the January 22, 2008 Report and Recommendation of United States Magistrate Judge R. Steven Whalen recommending that the Court grant Defendants' motion for summary judgment and that Plaintiff's Complaint be dismissed in its entirety; and Plaintiff having timely filed objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's Objections, and the Court's entire file of this action, and having concluded that, for the reasons stated in the Report and Recommendation, Defendants' motion should be granted and this case should, accordingly be dismissed in its entirety; and the Court being otherwise fully advised in the

premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of January 22, 2008 [**Dkt. # 26**] be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment [**Dkt. # 10**] be, and hereby is, GRANTED. Accordingly, Plaintiff's Complaint is DISMISSED in its entirety with prejudice.

Based on the foregoing, this Court certifies that any appeal by Plaintiff would be frivolous and not in good faith. 28 U.S.C. § 1915(a).

                s/Gerald E. Rosen
                Gerald E. Rosen
                United States District Judge

Dated: February 27, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 27, 2008, by electronic and/or ordinary mail.

                s/LaShawn R. Saulsberry
                Case Manager